

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00311-CR

| | | |
|---|---|---|
| Fred Earl Ingerson, III | § | From the 355th District Court |
| | § | of Hood County (CR11514) |
| v. | § | October 27, 2016 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
Justice Bill Meier